Elmer KORTH et al., Appellants,

v.

HENDERSON–HENDERSON COUNTY
PLANNING COMMISSION et
al., Appellees.

Court of Appeals of Kentucky.

June 14, 1974.

Rehearing Denied Nov. 22, 1974.

Appeal from Henderson Court; Faust Y. Simpson, Special Judge.

John D. Miller, Miller & Taylor, Owensboro, for appellants.

David H. Thomason, Charles B. West, West, Bryant & Ternes, Henderson, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

CITY OF TRENTON, Kentucky, a Municipal
Corporation, Appellant,

v.

KAPCO, INC., Appellee.

Court of Appeals of Kentucky.

June 14, 1974.

Rehearing Denied Sept. 27, 1974.

Appeal from Todd Circuit Court; William G. Fuqua, Judge.

Clyde Foster Chesnut, Elkton, for appellant.

J. Granville Clark, Russellville, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing.*

Buryl E. TRAVIS, Appellant,

v.

Frances M. TRAVIS, Appellee.

Court of Appeals of Kentucky.

June 28, 1974.

Rehearing Denied Nov. 8, 1974.

Appeal from Franklin Circuit Court; Henry Meigs, Judge.

Morris E. Burton, Johnson, Burton & Emberton, Frankfort, for appellant.

Marion Rider, Frankfort, for appellee.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Reversed.*

Richard J. PULITO, Appellant,

v.

Judith Gail PULITO, Appellee.

Court of Appeals of Kentucky.

June 28, 1974.

Rehearing Denied Sept. 20, 1974.

Appeal from Fayette Circuit Court; James Park, Jr., Judge.

Robert E. Reeves, Harbison, Kessinger, Lisle & Bush, Lexington, for appellant.

Gordon W. Moss, Hays & Moss, Lexington, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

* Opinion ordered not to be published.